IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephen M. Lester,                                    Case No. 3:09 CV 1785

                          Petitioner,                 MEMORANDUM OPINION
                                                      AND ORDER
              -vs-
                                                      JUDGE JACK ZOUHARY
Robert Welch,

                          Respondent.


       Petitioner Stephen Lester, a prisoner in state custody, filed a Petition for a Writ of Habeas

Corpus (Doc. No. 1).  The case was referred to United States Magistrate Judge Nancy Vecchiarelli

for a Report and Recommendation (R&R) pursuant to Local Rule 72.2(b)(2).

       The Magistrate Judge filed the R&R on May 27, 2010 (Doc. No. 19).  Under 28 U.S.C. §

636(b)(1)(C):

       Within ten days after being served with a copy, any party may serve and file written
       objections to such proposed findings and recommendations as provided by rules of
       court. A judge of the court shall make a de novo determination of those portions of the
       report or specified proposed findings or recommendations to which objection is made.

The ten-day period has elapsed and no objections have been filed. The failure to file written objections

constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report.

*United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The Court has reviewed the R&R, and having found it legally and factually accurate, adopts the R&R in its entirety.  Therefore, the Court denies the Petition for Writ of Habeas Corpus (Doc. No. 1).

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 21, 2010